IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 DEC 19 AM 10: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

| | |
|---|---|
| IMPERIAL DETECTIVE AND GUARD SERVICES, INC., ) ) ) | |
| Plaintiffs, ) | |
| vs. ) | Case No: 05-2869-Ml/P |
| INGRAM MICRO, INC., ) ) | |
| Defendant. ) ) | |

**ORDER GRANTING MOTION TO AMEND VERIFIED ANSWER AND COUNTERCLAIM OF DEFENDANT INGRAM MICRO, INC.**

Before the court is Defendant Ingram Micro, Inc's. Motion to Amend Verified Answer and Counterclaim, filed December 14, 2005 (Dkt #4). For good cause shown and no opposition thereto, the motion is hereby GRANTED. The defendant shall file its amended answer and counterclaim with the Clerk's Office, with service upon the plaintiff, within seven (7) days from the date of this order.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

December 16, 2005
Date

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02869 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Mark S. McDaniel
LAW OFFICE OF MARK S. MCDANIEL
243 Exchange Avenue
Memphis, TN 38103

Brent E. Siler
KIESEWETTER WISE KAPLAN & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Honorable Jon McCalla
US DISTRICT COURT